■ JASON M. ISAMAN, Respondent, v CHRISTOPHER R. TRAVIS et al., Appellants. [979 NYS2d 915]—Appeals from an order of the Supreme Court, Cattaraugus County (Michael L. Nenno, A.J.), entered October 24, 2012 in a personal injury action. The order denied in part the respective motion and cross motion of defendants for summary judgment dismissing the complaint and all cross claims against them.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on December 16, 2013, and filed in the Cattaraugus County Clerk's Office on January 23, 2014,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Centra, Carni, Sconiers and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC L. FORD, Appellant. [979 NYS2d 915]—Appeal from a judgment of the Supreme Court, Monroe County (Daniel J. Doyle, J.), rendered May 7, 2009. The judgment convicted defendant, upon a jury verdict, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, following a jury trial, of manslaughter in the first degree (Penal Law § 125.20 [1]). Defendant failed to preserve for our review his challenge to Supreme Court's justification charge (*see* CPL 470.05 [2]) and, in any event, we conclude that "the justification charge, viewed in its entirety, was a correct statement of the law" (*People v Humphrey*, 109 AD3d 1173, 1175 [2013] [internal quotation marks omitted]; *see People v Johnson*, 103 AD3d 1226, 1226 [2013], *lv denied* 21 NY3d 944 [2013]; *People v Poles*, 70 AD3d 1402, 1403 [2010], *lv denied* 15 NY3d 808 [2010]). "Because the court did not erroneously instruct the jury regarding justification, defense counsel was not ineffective for failing to object to that charge" (*Johnson*, 103 AD3d at 1226; *see Humphrey*, 109 AD3d at 1175). Present—Centra, J.P., Peradotto, Carni, Lindley and Valentino, JJ.